TENEMENT RENOVATION CONTRACTING Co., INC., Appellant, *v.* CENTRAL HANOVER BANK AND TRUST COMPANY, Respondent.

Argued March 17, 1937; decided April 27, 1937.

*Ethelbert Warfield, James F. Dwyer, Harold Kronig* and *J. Branch Darby* for appellant.

*Albert Stickney, Francis S. Bensel* and *W. Frederick Knecht* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.